AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

# JUDGMENT IN A CIVIL CASE

Rickey White
V.
Randall Workman

Case Number: CIV-12-71-RAW-KEW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is, in all respects, DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

| 2/24/12 | WILLIAM B. GUTHRIE |
|---|---|
| Date | Clerk |

s/ A Green
(By) Deputy Clerk