IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED
FEB 2 4 2012
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| RICKEY WHITE, | ) |
| Petitioner, | ) |
| v. | ) No. CIV 12-071-RAW-KEW |
| RANDALL WORKMAN, | ) |
| Respondent. | ) |

### OPINION AND ORDER
### DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's successive petition for a writ of habeas corpus for lack of jurisdiction. After careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 24th day of February 2012.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE